IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| GARY BOLDUC, | ) |  |
|---|---|---|
| Plaintiff, | ) |  |
| v. | ) | No.: 3:16-cv-515 |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, d/b/a CIGNA GROUP INSURANCE, and EAST TENNESSEE HUMAN RESOURCE AGENCY, INC., | ) |  |
| Defendants. | ) |  |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF EAST TENNESSEE HUMAN RESOURCE AGENCY, INC.**

Plaintiff, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, hereby dismisses without prejudice all claims he has asserted against the Defendant, East Tennessee Human Resource Agency, Inc. in this action.

Dated: September 27, 2016

Respectfully submitted,

/s/ John P. Dreiser
John P. Dreiser (TN Reg. No. 20743)
Law Office of Tony Farmer
1356 Papermill Pointe Way
Knoxville, Tennessee 37909
(865) 584-1211
john@farmerdreiser.com

*Attorney for the Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing was served electronically by operation of the Court's electronic filing system or by U.S. first class mail, postage pre-paid to all counsel of record this 27th day of September, 2016.

                        /s/ John P. Dreiser
                        John P. Dreiser