UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| GARY BOLDUC,<br><br>    Plaintiff,<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA, d/b/a CIGNA GROUP INSURANCE, and EAST TENNESSEE HUMAN RESOURCE AGENCY, INC.,<br><br>    Defendants. | No. 3:16-cv-00515-HSM-HBG |

## STIPULATION OF DISMISSAL

The parties announce to the Court that all claims pending in this action have been compromised and settled. Each party is to bear its own costs and attorney's fees, and no costs, expenses, or fees are sought. Therefore, the parties stipulate that this entire case be dismissed, with prejudice, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii).

Respectfully submitted this 25th day of October, 2016.

| | |
|---|---|
| **BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC** | **LAW OFFICE OF TONY FARMER** |
| By:  s/Cameron S. Hill<br>         Cameron S. Hill, #017408<br>         Marcie K. Bradley, #028222<br>         1900 Republic Centre<br>         633 Chestnut Street<br>         Chattanooga, TN 37450<br>         (423) 756-2010<br>         (423) 752-9545 (fax)<br>         chill@bakerdonelson.com<br>         mbradley@bakerdonelson.com<br>         *Attorneys for Defendant* | By:  s/John P. Dreiser, w/perm. to CSH<br>         John P. Dreiser, #020743<br>         1356 Papermill Pointe Way<br>         Knoxville, TN 37909<br>         (865) 584-1211<br>         john@farmerdreiser.com<br>         *Attorney for Plaintiff* |